UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
SELECT A DIVISION DIVISION

Richard Goodenough
Rhonda Goodenough
*(Enter full name of plaintiff(s))*

**Plaintiff(s),**

v.

Sharon Hammond
John Hammond
*(Enter full name of ALL defendant(s))*

**Defendant(s).**

Civil Case No. 6:16-cv-2285-MC
*(to be assigned by Clerk of the Court)*

**APPLICATION TO PROCEED**
*IN FORMA PAUPERIS*

I, __Richard__, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare than I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions:

1. Are you currently incarcerated? ☐ Yes ☒ No

    If "Yes" state the place of your incarceration: _____

    **If "Yes" and you are filing a civil action, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2. Are you currently employed? ☐ Yes ☒ No ☐ Self-employed

    a. If the answer is "Yes," state:

       Employer's name: _____

       Employer's address: _____

       Amount of take-home pay or wages: $_____ per _____ *(specify pay period)*

b.  If the answer is "No," state:

Name of last employer: _____

Address of last employer: _____

Date of last employment: _____

Amount of take-home salary or wages: $_____ per _____ (*specify pay period*)

3.  Is your spouse employed? ☒ Yes ☐ No ☐ Self-employed ☐ Not applicable

   a.  If the answer is "Yes," state:
       Employer's name: Renew Consulting
       Employer's address: Albany Or 97321
       Amount of take-home pay or wages: $11.06 per hr/2wks (*specify pay period*)

   b.  Do you have access to your spouse's funds to pay the filing fee in this case? ☐ Yes ☒ No

       Please explain your response below:
       We don't have any money
       _____
       _____
       _____
       _____

   c.  If your spouse's income or assets are available to you to pay the filing fee in this case, would your spouse have enough money left to pay for his or her own expenses?

       ☐ Yes ☒ No   If the answer is "No," please explain below:
       _____
       _____
       _____
       _____
       _____

4.  In the past 12 months have you received any money from any of the following sources?

   a.  Business, profession or other self-employment ☐ Yes ☒ No
       If "Yes," state: Amount received:       $ _____
                       Amount expected in future: $ _____

   b.  Rent payments, interest, or dividends ☐ Yes ☒ No
       If "Yes," state: Amount received:       $ _____
                       Amount expected in future: $ _____

|   |   |   |   |
|---|---|---|---|
| c. | Pensions, annuities, or life insurance payments | ☐ Yes ☒ No | |
| | If "Yes," state: Amount received: | $ | |
| | Amount expected in future: | $ | |
| d. | Disability or workers compensation payments | ☐ Yes ☒ No | |
| | If "Yes," state: Amount received: | $ | |
| | Amount expected in future: | $ | |
| e. | Gifts or inheritances | ☐ Yes ☒ No | |
| | If "Yes," state: Amount received: | $ | |
| | Amount expected in future: | $ | |
| f. | Any other sources | ☐ Yes ☒ No | |
| | If "Yes," state: Source: | | |
| | Amount received: | $ | |
| | Amount expected in future: | $ | |

5. Do you have cash or checking or savings accounts? (including prison trust accounts)?   ☒ Yes ☐ No

    If "Yes," state the total amount: 5.00

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes ☒ No

    If "Yes," describe the asset(s) and state the value of each asset listed.

    _____
    _____
    _____
    _____

7. Do you have any other assets?   ☐ Yes ☒ No

    If "Yes," list the asset(s) and state the value of each asset listed.

    _____
    _____
    _____
    _____
    _____

8.  Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses?  ☒ Yes  ☐ No

    If "Yes," describe and provide the amount of the monthly expense.
    electric
    rent
    insurance
    toiletries

9.  List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

10. Do you have any debts or financial obligations?  ☒ Yes  ☐ No

    If "Yes," describe the amounts owed and to whom they are payable.
    Medical bills

**If I am incarcerated, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments toward the full filing fee of $350.00 for a prisoner civil rights complaint in accordance with 28 U.S.C. § 1915(b).**

I declare under penalty of perjury that the above information is true and correct.

12/7/16
DATE

SIGNATURE OF APPLICANT

Richard Goodenough
PRINTED NAME OF APPLICANT

Rhonda Goodenough
Rhonda Goodenough

Revised April 11, 2016
Page 4

USDC - Oregon